No. 772. NEW YORK TRUST CO., TRUSTEE, ET AL. *v.* SECURITIES & EXCHANGE COMMISSION ET AL. April 12, 1943. Petition for writ of certiorari to the Circuit Court of

Appeals for the Second Circuit denied. *Mr. Irwin L. Tappen* for petitioners. *Solicitor General Fahy* and *Mr. John F. Davis* for the Securities & Exchange Comm'n, and *Mr. Donald R. Richberg* for the United Light & Power Co., respondents.